USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, a National Association as Securities Intermediary for LIMA ACQUISITION LP,

Plaintiff,

v.

PHL VARIABLE INSURANCE COMPANY, a Connecticut corporation

Defendant.

Civil Action No. 13-mc-0142

ORDER DENYING PHL VARIABLE INSURANCE COMPANY'S MOTION TO QUASH SUBPOENA

On April 25, 2013, upon consideration of Defendant, PHL Variable Ins. Co.'s motion to quash Plaintiff, U.S. Bank National Association's subpoena and notice to depose Dean DeMarco on April 26, 2013, it is hereby ORDERED that the deposition will take place on May 2, 2013, after the currently scheduled May 1, 2013 discovery cut-off in this action.

_____
Hon. Harold Baer
U.S. District Court Judge

4/25/13